FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
11/19/2025 01:29 PM
CV 2025 11 2869

IN THE COURT OF COMMON PLEAS
BUTLER COUNTY, OHIO

GARRISON PROPERTY AND
CASUALTY INSURANCE COMPANY
a/s/o MISTY HALE

vs.

AMAZON, INC. and
AMAZON.COM, LLC

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.:

JUDGE:

COMPLAINT

JURY TRIAL DEMANDED

The Plaintiffs GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY ("USAA") a/s/o Misty Hale ("Hale") by and through attorneys Murphy Sanchez, PLLC, hereby sues Defendants and in support thereof state the following:

### **PARTIES**

1. At all material times, Plaintiff GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY a/s/o Misty Hale (hereinafter "Plaintiff") is a licensed insurer operating in the State of Ohio with a principal place of business located at 9800 Fredericksburg Road, San Antonio, Texas 78288.

2. At all material times, Misty Hale is an adult individual residing at 1116 Gage Drive, Middletown, Ohio 45042 (hereinafter "the property").

3. Defendants Amazon, Inc. and Amazon.com, LLC (hereinafter "Defendant Amazon"), are Delaware corporations doing business in Ohio and have a Corporation Service Company serving as its registered agent with an address of 251 Little Falls Drive, Wilmington, Delaware 19808.

EXHIBIT A

## JURISDICTION

4. Defendant Amazon is a corporation which does business in Ohio, including the sale and delivery of the subject product to Hale.

5. Plaintiff's cause of action arose in Butler County, Ohio. Therefore, venue is proper for this civil action in Butler County.

## COUNT I - NEGLIGENCE

6. At all times relevant hereto, Plaintiff was an entity engaged in the business of insurance and provided a policy of insurance to Hale.

7. On or about January 30, 2024, Hale purchased six (6) Funlenry Battery Powered Motion Sensor Ceiling Lights and two (2) BLNAN Battery Operated Wireless Motion Sensor LED Ceiling Light, 7 inch 7000 mAh Rechargeable Motion Activated Lamps ("BLNAN Lights with 7000 mAh rechargeable battery") from Defendant, Amazon.

8. On February 1, 2024, Defendant, Amazon, shipped these items to Hale.

9. Sometime after February 1, 2024, Hale received the BLNAN Lights with 7000 mAh rechargeable battery.

10. On or about June 30, 2024, a fire originated with the BLNAN Lights with 7000 mAh rechargeable battery, which caused significant damages to the property.

11. The fire was caused by a malfunction within the 7000 mAh rechargeable battery.

11. Pursuant to an insurance policy issued by Plaintiff to Hale, Plaintiff made payments to Hale to cover damages they sustained as a result of the fire.

12. Pursuant to the above-referenced insurance policy, Plaintiff is subrogated to the rights of Hale against Defendants.

13. Defendant Amazon was negligent for selling the BLNAN Light with 7000 mAh rechargeable battery to Hale.

WHEREFORE, Plaintiff requests this Honorable Court enter judgment in its favor in the amount of $206,457.04, plus costs, interest and such other relief as this Court deems appropriate.

## COUNT II – STRICT LIABILITY UNDER OHIO PRODUCTS LIABILITY ACT

14. Plaintiff incorporates the allegations in the preceding Paragraphs as though fully set forth herein.

15. At all times relevant hereto, the Defendant Amazon was engaged in the business of selling and distributing batteries and specifically sold, distributed, or otherwise placed into the stream of commerce the BLNAN Light with 7000 mAh rechargeable battery that caused the herein described fire.

16. Said BLNAN Light with 7000 mAh rechargeable battery was not modified, changed, altered, or abused by Hale prior to or during its use.

17. Defendant knew and intended that its batteries be used by members of the general public and knew of its specific uses, purposes and requirements to which such BLNAN Light with 7000 mAh rechargeable battery would be put.

18. Defendant sold, distributed and/or otherwise placed into the stream of commerce the BLNAN Light with 7000 mAh rechargeable battery that caused this fire, including its component parts, in a dangerously defective condition, which failed due to a defect and/or malfunction.

19. Defendant sold, distributed and/or otherwise placed into the stream of commerce the fire-causing BLNAN Light with 7000 mAh rechargeable battery in a defective condition, unreasonably dangerous to Hale and her property.

20. Defendant knew, or should have known, that the fire-causing BLNAN Light with 7000 mAh rechargeable battery would, and did, reach Hale without substantial change in the condition in which it was originally selected and sold.

21. The fire-causing BLNAN Light with 7000 mAh rechargeable battery was not materially altered in any way that would affect the dangerous conditions caused and created by the Defendant.

22. On and at all times prior to June 30, 2024, Hale operated the BLNAN Light with 7000 mAh rechargeable battery in the normal, ordinary and intended manner, and for its normal, ordinary and intended purpose.

23. Defendant Amazon sold a defectively designed product subject to strict products liability as follows:

      a.     The product was defective as determined by preliminary investigations showing it caused the fire in an otherwise hazard-free area.

      b.     The defect existed when the product left the hand of the Defendant.

      c.     The defect led to injury through damaging the property.

      d.     Hale was a reasonably foreseeable user of the aforementioned BLNAN Light with 7000 mAh rechargeable battery.

24. The aforementioned defects consist of:

      a.     design defects;

      b.     manufacturing defects;

      c.     component defects;

e. use-instructions and/or warnings defects; and/or

f. a failure to warn of the design, manufacturing, and/or component defects, and/or improperly provided warning and/or safe use instructions.

25. The aforementioned defects existed when the battery left Defendant's possession and/or control.

26. Defendant Amazon failed to adequately warn of the risks of utilizing the BLNAN Light with 7000 mAh rechargeable battery.

27. For these reasons, Defendant is strictly liable to Hale, and through it to Plaintiff under the Ohio Products Liability Act as the supplier of the BLNAN Lights with 7000 mAh rechargeable battery.

28. As a result of the damages directly and proximately caused by the unreasonably dangerous defects in the BLNAN Lights with 7000 mAh rechargeable battery, Hale sustained and incurred damages in the amount of $206,457.04 as described herein.

29. As described above, having paid claims pursuant to the aforementioned insurance policy, Plaintiff became subrogated to the claims of Hale.

**WHEREFORE** Plaintiff requests this Honorable Court enter judgment in its favor in the amount of $206,457.04, plus costs, interest and such other relief as this Court deems appropriate.

## COUNT III – BREACH OF WARRANTY

30. Plaintiff incorporated the preceding Paragraphs as though fully set forth herein.

31. At the time of selling, distributing and/or otherwise placing the BLNAN Lights with 7000 mAh rechargeable battery into the stream of commerce, Defendant had reason

to know the particular purpose for which it would be used, and knew that its skill and judgement were being relied upon to furnish a suitable product.

32. Thus, the Defendant breached the implied warranty of fitness for a particular purpose as set out in the Universal Commercial Code (hereinafter "UCC"), specifically Ohio Revised Code 1302.28, in that the BLNAN Lights with 7000 mAh rechargeable battery was not fit for the particular purpose for which such products are required.

33. In addition, Defendant breached the implied warranty of merchantability as set out in Ohio Revised Code 1302.27 in that BLNAN Lights with 7000 mAh rechargeable battery was not fit for the ordinary uses for which such products are used.

34. In addition, Defendant breached any and all express warranties made or relating to the BLNAN Lights with 7000 mAh rechargeable battery that became part of the basis of the bargain for sale of the product in violation of the Ohio Revised Code 1302.26.

35. Hale's damages occurred as a direct and proximate result of Defendant's breach of its implied warranties of fitness for a particular purpose and merchantability as set out in Ohio Revised Code 1302.28 and 1302.27 as a result of Defendant's breach of its expressed warranties in violation of Ohio Revised Code 1302.26.

36. As described above, Plaintiff became subrogated to the rights and interests of Hale for any claims paid pursuant to the policy, including the claims giving rise to this action.

**WHEREFORE** Plaintiff requests this Honorable Court enter judgment in its favor in the amount of $206,457.04, plus costs, interest and such other relief as this Court deems appropriate.

**MURPHY SANCHEZ, PLLC**

BY:*/s/ Chelsie M. Rohan*_____
    CHELSIE M. ROHAN, ESQUIRE
    0096952
    Attorney for Plaintiff, USAA a/s/o Misty Hale
    651 Holiday Drive, Plaza 5
    Suite 400
    Pittsburgh, PA 15220
    267-367-5503
    **MS File No. 20181.1837**

CERTIFIED MAIL

quadient

FIRST-CLASS MAIL
IMI
**$010.02** º
11/19/2025   ZIP 4501
043M32205804

11-26-2025

C522577980-0002-01

6020251126029446